B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mauro, August P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7933** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**541 Keystone**<br>**River Forest, IL**<br>ZIP Code **60305** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(12/11) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | Name of Debtor(s): **Mauro, August P.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **1555 Wabash LLC, an Illinois limited liability company** | Case Number: **11-51502** | Date Filed: **12/27/11** |
| District: **Northern District of Illinois** | Relationship: **Affiliate** | Judge: **Jacqueline P. Cox** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Mauro, August P.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ August P. Mauro**
Signature of Debtor  **August P. Mauro**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 8, 2013**
Date

### Signature of Attorney*

**X /s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)
**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number
**May 8, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **August P. Mauro**                                                             Case No.
Debtor(s)                                                                                Chapter   **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ___

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ August P. Mauro**
**August P. Mauro**

Date:  **May  8, 2013**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

Certificate Number: 02645-ILN-CC-020868988



02645-ILN-CC-020868988

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 1, 2013</u>, at <u>9:04</u> o'clock <u>AM EDT</u>, <u>August P Mauro</u> received from <u>123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>May 1, 2013</u>           By:    <u>/s/RAUL SAGUE</u>

                                Name:  <u>RAUL SAGUE</u>

                                Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **August P. Mauro**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644** | **Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644** | **West Village Homes Rental LLC 2518 W. Fournoy #3, 2522 W Flournoy #3 2524 W Flournoy #3 2534 W Flournoy #3 2540 W Harrison #1 West Village Ho** | **Contingent Unliquidated** | 1,993,895.00 |
| **Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644** | **Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644** | **Ashland Ogden Deficency Note** | **Contingent Unliquidated** | 213,335.00 |
| **Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644** | **Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644** | **Western & Lexington for WVHR Refinance** | **Contingent Unliquidated** | 125,000.00 |
| **Austin Bank of Chicao 5645 W. Lake Street Chicago, IL 60644** | **Austin Bank of Chicao 5645 W. Lake Street Chicago, IL 60644** | **Western & Lexington** | **Contingent Unliquidated** | 1,445,664.00 |
| **Chuck Papp 8811 S. Grant Burr Ridge, IL 60527** | **Chuck Papp 8811 S. Grant Burr Ridge, IL 60527** | | **Disputed** | 125,000.00 |
| **Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413** | **Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413** | **New West Realty Associates LLC- The Debtor does not acknowledge liability for this corporate creditor of 1555 Wabash LLC, Case No. 11-51502 and is** | **Contingent Unliquidated Disputed** | 27,468.04 |

B4 (Official Form 4) (12/07) - Cont.

In re **August P. Mauro**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Merit Bank<br>501 W. North Avenue<br>Melrose Park, IL 60160 | First Merit Bank<br>501 W. North Avenue<br>Melrose Park, IL 60160 | North Melrose-Thatcher Woods | Contingent Unliquidated Disputed | 7,878,234.33 |
| Fuchs & Roselli, Ltd.<br>440 W. Randolph<br>Suite 500<br>Chicago, IL 60606 | Fuchs & Roselli, Ltd.<br>440 W. Randolph<br>Suite 500<br>Chicago, IL 60606 | New West Realty Associates LLC-<br><br>The Debtor does not acknowledge liability for this corporate creditor of 1555 Wabash LLC, Case No. 11-51502 and is | Contingent Unliquidated Disputed | 34,302.00 |
| Hinsdale Bank and Trust<br>25 E. First Street<br>Hinsdale, IL 60521 | Hinsdale Bank and Trust<br>25 E. First Street<br>Hinsdale, IL 60521 | Ashland Commercial LLC | Contingent Unliquidated Disputed | 3,000,000.00 |
| Illinois Department of Revenue<br>100 W. Randolph Street<br>7th Floor<br>Chicago, IL 60601 | Illinois Department of Revenue<br>100 W. Randolph Street<br>7th Floor<br>Chicago, IL 60601 | Eastgate Village Five LLC-<br><br>The Debtor does not acknowledge liability for this corporate creditor of 1555 Wabash LLC, Case No. 11-51502 and is merel | Contingent Unliquidated Disputed | 109,047.37 |
| Leaders Bank<br>2001 York Road, Suite 150<br>Oak Brook, IL 60523 | Leaders Bank<br>2001 York Road, Suite 150<br>Oak Brook, IL 60523 | 89th Street Partners LLC | Contingent Unliquidated | 3,810,684.00 |
| M&M RE Holdings<br>c/o New West Realty<br>928 S. Bishop Street, 2nd Floor<br>Chicago, IL 60607 | M&M RE Holdings<br>c/o New West Realty<br>928 S. Bishop Street, 2nd Floor<br>Chicago, IL 60607 | | | 210,000.00 |
| Marc Schwartz<br>Rob Guttmann<br>333 W. Wacker Drive, Suite 1700<br>Chicago, IL 60606 | Marc Schwartz<br>Rob Guttmann<br>333 W. Wacker Drive, Suite 1700<br>Chicago, IL 60606 | | | 470,000.00 |
| Marty and Murtha Rooney<br>2757 Botticelli Drive<br>Henderson, NV 89052 | Marty and Murtha Rooney<br>2757 Botticelli Drive<br>Henderson, NV 89052 | | | 730,000.00 |
| Michael Dugo<br>19204 Tierra Cove<br>San Antonio, TX 78258 | Michael Dugo<br>19204 Tierra Cove<br>San Antonio, TX 78258 | | | 65,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **August P. Mauro**                                                                                           Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Murtha and Mary J. Rooney**<br>**2757 Botticelli Drive**<br>**Henderson, NV 89052** | **Murtha and Mary J. Rooney**<br>**2757 Botticelli Drive**<br>**Henderson, NV 89052** | **New West Realty Development Corp-**<br><br>**The Debtor does not acknowledge liability for this corporate creditor of 1555 Wabash LLC, Case No. 11-51502 and** | | 75,725.00 |
| **PanAmerican**<br>**1440 W. North Avenue**<br>**Melrose Park, IL 60160** | **PanAmerican**<br>**1440 W. North Avenue**<br>**Melrose Park, IL 60160** | **901-905 Laflin** | | 370,000.00 |
| **Private Bank**<br>**70 W. Madison Street**<br>**Chicago, IL 60602** | **Private Bank**<br>**70 W. Madison Street**<br>**Chicago, IL 60602** | **GTT Chicago LLC**<br>**1645 W Ogden Ave.** | **Contingent**<br>**Unliquidated** | 304,389.00 |
| **Private Bank**<br>**70 W. Madison**<br>**Chicago, IL 60602** | **Private Bank**<br>**70 W. Madison**<br>**Chicago, IL 60602** | **GTTS Chicago LLC**<br>**1600 S Indiana**<br>**#1106**<br>**P92** | **Contingent**<br>**Unliquidated** | 234,046.00 |
| **Tom Hayes**<br>**c/o Fuchs & Roselli, Ltd.**<br>**440 W. Randolph, Suite 500**<br>**Chicago, IL 60606** | **Tom Hayes**<br>**c/o Fuchs & Roselli, Ltd.**<br>**440 W. Randolph, Suite 500**<br>**Chicago, IL 60606** | **The Debtor does not acknowledge liability for this corporate creditor of 1555 Wabash LLC, Case No. 11-51502 and is merely scheduling this creditor for** | **Contingent**<br>**Unliquidated**<br>**Disputed** | 34,300.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **August P. Mauro**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 8, 2013**                    Signature   **/s/ August P. Mauro**
                                                     **August P. Mauro**
                                                     Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

1555 Investors
c/o Harrison Held
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606

Banena Landscaping Inc.
2214 N. 72nd Ct.
Elmwood Park, IL 60707

Chuck Papp
8811 S. Grant
Burr Ridge, IL 60527

ACS
PO Box 7051
Utica, NY 13504

Bank of America
PO Box 650070
Dallas, TX 75265-0070

Chuhak & Tecson, P.C.
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7413

Administrative Group Insurance
12421 Meridith Drive
Urbandale, IA 50398

Brown Udell Pomeranz, Ltd.
1332 N. Halsted
Suite 100
Chicago, IL 60620

Citbank Gold Advantage Card
PO Box 6500
Sioux Falls, SD 57117

Alberto Pagan
3221 N. Oak Park Ave.
Chicago, IL 60634

C Mazola 2003 Trust
c/o New West Realty
928 S. Bishop Street, 2nd Floor
Chicago, IL 60607

Clausen Miller PC
10 S. LaSalle Street
Chicago, IL 60603

Allianz
PO Box 371425
Pittsburgh, PA 15250-7425

Carmen DeSanto
2938 S. Normal
Chicago, IL 60616

Comcast
Po Box 3001
Southeastern, PA 19398-3001

Allied Waster Service
PO Box 9001154
Louisville, KY 40290

Charlotte DeSanto
2938 S. Normal
Chicago, IL 60616

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Chase Amazon
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Community Investment Corp.
222 S. Riverside Plaza
Suite 2200
Chicago, IL 60606

Austin Bank of Chicago
5645 W. Lake Street
Chicago, IL 60644

Chase Freedom
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468

Austin Bank of Chicago
6400 W North Ave.
Elmwood Park, IL 60707

Chase Southwest
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Austin Bank of Chicao
5645 W. Lake Street
Chicago, IL 60644

Chemwize
2600 Beverly Drive Suite 106
Aurora, IL 60502

Crystal Clear Cleaning Services
3602 N. Pine Grove Ave.
Suite 2D
Chicago, IL 60613

| | | |
|---|---|---|
| Department of Water<br>PO Box 6330<br>Chicago, IL 60680 | Gremley and Biederman<br>PO Box 92170<br>Elk Grove Village, IL 60009 | JPM<br>PO Box 659622<br>San Antonio, TX 78265-9622 |
| Dunescape Beach Club Phase I<br>100 Lake Shore Drive<br>Michigan City, IN 46360 | H.W. Lochner, Inc.<br>20 N. Wacker Drive<br>Suite 1200<br>Chicago, IL 60606 | Kia Motors Finance<br>PO Box 650805<br>Dallas, TX 75265-0805 |
| Dunscape Master Association<br>207 Hawthorn<br>St. Joseph, MI 19872 | Hagerty Car Insurance<br>PO Box 1302<br>Traverse City, MI 49685-1302 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 |
| Federal Rent-A-Fence<br>PO Box 266<br>West Berlin, NJ 08091 | Harrison & Held LLP<br>333 W. Wacker Drive<br>Suite 1700<br>Chicago, IL 60606 | L.D. Flooring Company Inc.<br>1354 Ridge Ave.<br>Elk Grove Village, IL 60007 |
| Fire Pros, Inc.<br>PO Box 436<br>Medinah, IL 60157 | Hartshorne & Plunkard, Ltd.<br>232 N. Carpenter Street<br>Chicago, IL 60607 | Laner Muchin<br>515 N. State<br>Suite 2800<br>Chicago, IL 60654 |
| Firestar Communications<br>211 E. Ontario<br>Suite 700<br>Chicago, IL 60608 | Hinsdale Bank and Trust<br>25 E. First Street<br>Hinsdale, IL 60521 | Leaders Bank<br>2001 York Road, Suite 150<br>Oak Brook, IL 60523 |
| First Merit Bank<br>501 W. North Avenue<br>Melrose Park, IL 60160 | Home Depot Credit Services<br>P.O. Box 183175<br>Columbus, OH 43218-3175 | Lexus Financial Group<br>PO Box 4102<br>Carol Stream, IL 60197-4102 |
| First Merit Bank<br>501 W. North Ave.<br>Melrose Park, IL 60160 | Illinois Department of Revenue<br>100 W. Randolph Street<br>7th Floor<br>Chicago, IL 60601 | Leyden Sprinkler System<br>Po Box 5037<br>Glendale Heights, IL 60139-5037 |
| Flood Brothers Disposal<br>PO Box 95229<br>Palatine, IL 60095 | Inland Electrical<br>611 W. Jefferson<br>Shorewood, IL 60404 | M&M Corporation of Chicago<br>928 S. Bishop Street<br>2nd Floor<br>Chicago, IL 60607 |
| Fuchs & Roselli, Ltd.<br>440 W. Randolph<br>Suite 500<br>Chicago, IL 60606 | Internal Revenue Service<br>Cincinnati, OH 45999-0025 | M&M RE Holdings<br>c/o New West Realty<br>928 S. Bishop Street, 2nd Floor<br>Chicago, IL 60607 |

Marc Schwartz
Rob Guttmann
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606

Marcus & Boxerman, LLP
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

Marty and Murtha Rooney
2757 Botticelli Drive
Henderson, NV 89052

Meltzer, Purtill & Stelle LLC
1515 E. Woodfield Rd.
2nd Floor
Schaumburg, IL 60173

Michael Dugo
19204 Tierra Cove
San Antonio, TX 78258

Murtha and Mary J. Rooney
2757 Botticelli Drive
Henderson, NV 89052

Neil Iori
c/o Olympia Maintenance
3025 W. Soffel Ave.
Melrose Park, IL 60160

New West Realty Associates
928 Bishop Street
Chicago, IL 60607

Nipsco
PO Box 13007
Merrillville, IN 46411-3007

P Mauro 2003 Trust
c/o New West Realty
928 S. Bishop Street, 2nd Floor
Chicago, IL 60607

PanAmerican
1440 W. North Avenue
Melrose Park, IL 60160

Panos Brothers
10522 S. 80th Court
Palos Hills, IL 60465

Peoples Gas
Chicago, IL 60687

Private Bank
70 W. Madison
Chicago, IL 60602

Private Bank
70 W. Madison Street
Chicago, IL 60602

Royal Oaks Corp.
7322 W 90th Street
Bridgeview, IL 60455

Rush Oak Park Hospital
26099 Network Place
Chicago, IL 60673-1260

Service Sanitation, Inc.
135 Blaine Street
Gary, IN 46406

Steinberg Advisors, Ltd.
5 Revere Drive
Northbrook, IL 60062

Sulzer & Shopiro, Ltd.
111 W. Washington
Suite 855
Chicago, IL 60607

Symetra Financial
PO Box 7902
London, KY 40742-7902

Terminix Commercial
PO Box 742592
Cincinnati, OH 45274

The Gap/GECRB
PO Box 530942
Atlanta, GA 30383-0942

Tom Hayes
c/o Fuchs & Roselli, Ltd.
440 W. Randolph, Suite 500
Chicago, IL 60606

Ungaretti & Harris
Three First National Plaza
70 W Madison, Suite 3500
Chicago, IL 60602

University of Chicago Med Center
15965 Collection Center Drive
Chicago, IL 60693

Urban Strategies, Inc.
212 W. Washington Street
Suite 1904
Chicago, IL 60606

Verizon
PO Box 25505
Lehigh Valley, PA 18002-5505